**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
6605 S. Redwood Rd., Suite 101
Salt Lake City, Utah 84123
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA, | NOTICE OF SETTLEMENT |
| Plaintiff, | |
| vs. | Case No. 2:19-CV-968-PMW |
| KNIGHT FAMILY REAL ESTATE LLC, a Utah limited liability company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. | Magistrate Paul M. Warner |
| Defendants. | |

Plaintiff Linda Suda, by and through her undersigned counsel, hereby gives notice that the parties in this matter have reached a settlement. Once payment on the settlement is received, Plaintiff will file a notice of voluntary dismissal with the Court.

DATED this 18th day of February, 2020.

FORD & CRANE PLLC

/s/ Matthew B. Crane
Matthew B. Crane (UTB# 13909)
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 18th day of February, 2020, I caused a true and correct copy of the foregoing NOTICE OF SETTLEMENT to be filed with the Court electronically via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane