FILED
2020 FEB 26 AM 11:09
CLERK
U.S. DISTRICT COURT

Order Prepared By:
**Matthew B. Crane** (UTB# 13909)
FORD & CRANE PLLC
6605 S. Redwood Road, Suite 101
Salt Lake City, Utah 84123
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE CENTRAL DISTRICT OF UTAH**

| | |
|---|---|
| LINDA SUDA,<br><br>Plaintiff,<br>vs.<br><br>KNIGHT FAMILY REAL ESTATE LLC, a Utah limited liability company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:19-CV-968-BSJ<br><br>Paul Bruce S. Jenkins |

This matter is before the Court pursuant to the Stipulated Motion to Dismiss with Prejudice (the "Motion") filed by the parties on February 25, 2020. Having reviewed the Motion, there appears good cause that it should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed, with prejudice.

1

2:19-cv-968-BSJ

DATED the 26th day of February, 2020.

                          BY THE COURT

                          _____
                          United States Judge Bruce S. Jenkins

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 25th day of February, 2020, I caused a true and correct copy of the foregoing ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane